IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CR69-8

FILED IN COURT
ASHEVILLE, N.C.
OCT 8 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Vs. | ) ORDER |
| KATHY STEPHEN. | ) |

**THIS MATTER** came before the court upon the motion of the government filed pursuant to Rule 35, Federal Rules of Criminal Procedure, to reduce defendant's sentence. On October 8, 2008, the court heard oral arguments and issued its decision from the bench.

For the reasons stated from the bench, the government's Motion to Reduce Sentence is **ALLOWED** and the sentence of incarceration is reduced from 12 months and one day of incarceration to time served, with supervised release of 3 years, with a special condition of supervised release being that she serve 10 weekends in jail, with voluntary surrender.

October 8, 2008
Asheville, N.C.

T. S. ELLIS, III
UNITED STATES DISTRICT JUDGE