IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cr69-08

FILED
IN COURT
ASHEVILLE, N.C.

OCT 8 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES OF AMERICA, )
)
Vs. ) ORDER
)
KATHY STEPHEN. )
)

By previous Order, defendant's reporting date was stayed pending the filing of a motion under Rule 35(b), Federal Rules of Criminal Procedure. It appearing that a Rule 35 motion has been filed and resolved, the stay is **LIFTED**, and defendant shall report for service of sentence as instructed by the Bureau of Prisons or the United States Marshal.

The Clerk is directed to send a copy of this Order to the Bureau of Prisons, the United States Marshal, the United States Pretrial Services Office, and all counsel of record.

October 6, 2008
Asheville, N.C.

T. S. ELLIS, III
**UNITED STATES DISTRICT JUDGE**